

**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C. 20463

May 18, 2021

**VIA EMAIL**
csutherland@americansforpublictrust.org
Caitlin Sutherland
Americans for Public Trust
107 South West Street, Suite 442
Alexandria, VA 22314

RE: MUR 7904

Dear Ms. Sutherland:

    This letter acknowledges receipt of your complaint on May 14, 2021, alleging possible violations of the Federal Election Campaign Act of 1971, as amended. The respondents will be notified of this complaint within five business days.

    You will be notified as soon as the Federal Election Commission (FEC) takes final action on your complaint. Should you receive any additional information in this matter, please forward it to the Office of the General Counsel. Such information must be notarized and sworn to in the same manner as the original complaint. We have numbered this matter MUR 7904. Please refer to this number in all future communications. For your information, we have attached a brief description of the Commission's procedures for handling complaints.

    Please note that you still must file the paper copy of the electronic complaint with the Commission, within 15 days of this letter, in order for the matter to be further processed as a proper complaint. Any additional correspondence sent to the Commission must be addressed to one of the following below. As indicated in the FEC's Notice found at https://www.fec.gov/resources/cms-content/documents/status_of_fec_operations_8-10-2020.pdf, the office's mailroom is open on a limited basis and, therefore, processing paper correspondence may be delayed. Accordingly, we strongly encourage you to file via email, except amendments to your complaint, which should be filed by paper even if email correspondence is used.

| **Mail** | OR | **Email** |
|---|---|---|
| Federal Election Commission | | cela@fec.gov |
| Office of Complaints Examination | | |
|   & Legal Administration | | |
| Attn: Kathryn Ross, Paralegal | | |
| 1050 First Street, NE | | |
| Washington, DC 20463 | | |

Sincerely,

*Jeff Jordan*

Jeff S. Jordan
Assistant General Counsel
Complaints Examination &
Legal Administration

Enclosure:
Procedures

**Exhibit 2**

**DESCRIPTION OF PRELIMINARY PROCEDURES
FOR PROCESSING COMPLAINTS FILED WITH THE
FEDERAL ELECTION COMMISSION**
1050 First Street, NE
Washington, D.C.  20463
EMAIL cela@fec.gov          FAX (202) 219-3923

     Complaints filed with the Federal Election Commission shall be referred to the Enforcement Division of the Office of the General Counsel, where they are assigned a MUR (Matter Under Review) number and forwarded to Complaints Examination & Legal Administration ("CELA") for processing.  Within five days of receipt of the complaint, the Commission shall notify all respondents referenced in the complaint, in writing, that the complaint has been filed, and shall include with such notification a copy of the complaint.  Simultaneously, the complainant shall be notified that the complaint has been received.  The respondents shall then have 15 days to demonstrate, in writing, that no action should be taken against them in response to the complaint.  If additional time is needed in which to respond to the complaint, the respondents may request an extension of time.  The request must be in writing and demonstrate good cause as to why an extension should be granted.  Please be advised that not all requests are granted.

     After the response period has elapsed, cases are prioritized and maintained in CELA.  Cases warranting the use of Commission resources are assigned as staff becomes available.  Cases not warranting the use of Commission resources are dismissed.

     If a case is assigned to a staff person, the Office of the General Counsel shall report to the Commission, making recommendations based upon a preliminary legal and factual analysis of the complaint and any submission made by the respondent.  The report may recommend that the Commission: (a) find reason to believe that the complaint sets forth a possible violation of the Federal Election Campaign Act of 1971, as amended, (hereinafter the "Act"); or (b) find no reason to believe that the complaint sets forth a possible violation of the Act and, accordingly, close the file.

     If, by an affirmative vote of four Commissioners, the Commission determines that there is reason to believe that a respondent has committed or is about to commit a violation of the Act, the Office of the General Counsel shall open an investigation into the matter.  During the investigation, the Commission has the power to subpoena documents, to subpoena individuals to appear for deposition, and to order written answers to interrogatories.  A respondent may be contacted more than once by the Commission during this phase.

     If during this period of investigation, a respondent indicates a desire to enter into conciliation, the Office of the General Counsel may recommend that the Commission enter into conciliation prior to a finding of probable cause to believe that a violation has been committed.  Conciliation is an attempt to correct or prevent a violation of the Act by informal methods of conference and persuasion.  Most often, the result of conciliation is an agreement signed by the Commission and the respondent.  The Conciliation Agreement must be adopted by four votes of

**Exhibit 2**

the Commission in order to become final.  After signature by the Commission and the respondent, the Conciliation Agreement is made public within 30 days of closing of the entire file.

If the investigation warrants, and no conciliation agreement has been entered into prior to a probable cause to believe finding, the General Counsel must notify the respondent of his/her intent to recommend that the Commission proceed to a vote on probable cause to believe that a violation of the Act has been committed or is about to be committed.  The General Counsel shall send the respondent a brief setting forth his/her position on the legal and factual issues of the case.  A response brief stating respondent's position on the issues may be submitted within 15 days of receipt of the General Counsel's Brief.  Both briefs are then filed with the Commission Secretary and considered by the Commission.  Thereafter, if the Commission determines, by an affirmative vote of four Commissioners, that there is probable cause to believe that a violation of the Act has been committed or is about to be committed, the Commission must conciliate with the respondent for a period of at least 30 days, but not more than 90 days.  If the Commission is unable to correct or prevent any violation through conciliation, the Office of the General Counsel may recommend that the Commission file a civil suit to enforce the Act against the respondent.  Therefore, the Commission may, upon the affirmative vote of four Commissioners, institute civil action for relief in the United States District Court.

*See* 52 U.S.C. § 30109 and 11 C.F.R. Part 111**.**

March 2018

**Exhibit 2**