## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR PUBLIC TRUST
107 S. West Street, Suite 442
Alexandria, VA 22314,

      Plaintiff,

    v.

FEDERAL ELECTION COMMISSION
1050 First Street, NE
Washington, DC 20463,

      Defendant.

Civil Action No. 1:22-cv-1126

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Americans for Public Trust notices dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant Federal Election Commission has not served an answer or motion for summary judgment in this action. Americans for Public Trust therefore notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Date:  August 9, 2022        Respectfully submitted,

                          */s/Jason Torchinsky*
                          Jason Torchinsky (D.C. Bar No. 976033)
                          jtorchinsky@holtzmanvogel.com
                          Jonathan P. Lienhard (D.C. Bar No. 474253)
                          jlienhard@ holtzmanvogel.com
                          HOLTZMAN VOGEL BARAN TORCHINSKY JOSEFIAK PLLC
                          15405 John Marshall Highway
                          Haymarket, VA 20169
                          Tel: (540) 341-8808

Fax: (540) 341-8809

*Counsel for Plaintiff Americans for Public Trust*